## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | |
|---|---|
| **JASON F. STAPLER and** ) | |
| **DARRELL BLEVINS,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action Number |
| v. ) | **5:12-cv-02904-AKK** |
| ) | |
| **HOME DEPOT USA INC., THE** ) | |
| **HOME DEPOT SPECIAL** ) | |
| **SERVICES INC., HOME** ) | |
| **DEPOT SERVICES LLC, and** ) | |
| **THE HOME DEPOT** ) | |

Defendants.

### STIPULATED JUDGMENT AND ORDER OF DISMISSAL WITH PREJUDICE

This case involves claims under the Fair Labor Standards Act ("FLSA") brought by Plaintiffs Jason F. Stapler and Darrell Blevins ("Plaintiffs") against Defendants Home Depot USA Inc., The Home Depot Special Services Inc., Home Depot Services LLC, and The Home Depot.  Doc. 1. The parties have reached an agreement to resolve all claims in this case and seek court approval of the FLSA settlement and an order of dismissal with prejudice. Doc. 22.

The parties have exchanged a settlement agreement and have advised the court as to the terms of the agreement. The parties have jointly requested that this

court approve the settlement and enter a stipulated judgment. Doc. 22.

Following an examination of the pleadings and terms of the settlement agreement, *in camera*, this court finds that a bona fide dispute of both law and fact is involved in this litigation, including, but not limited to, issues of liability, compensation due, if any, and time keeping. Having reviewed the terms of the settlement agreement agreed upon by the parties, this court finds that the settlement terms proposed by the parties are fair and equitable to all involved and that their agreement is a fair and reasonable resolution of this bona fide dispute. Therefore, the court approves the settlement and the parties are hereby ordered to finalize the settlement through the exchange of consideration. Based upon this resolution by the parties, all claims Plaintiffs have or may have arising out of or relating to their employment by Home Depot, including, but not limited to any claims under the FLSA for wages, overtime, liquidated damages, attorney's fees, costs, expenses or other relief, award or damages are hereby resolved and **DISMISSED WITH PREJUDICE**. Each party to bear its own costs.

The clerk of court is **DIRECTED** to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE the 30th day of August, 2013.

*Abdul Kallon*

**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE